UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Jacqueline Dawson,              : Chapter    13
        Debtor(s)                            :
                                             : Case No.   13-12501-jkf

### ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Reconsider Dismissal, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the Debtor's motion is **GRANTED**. The order of May 5, 2016 dismissing Debtor's bankruptcy case is vacated, and the case is **REINSTATED**.

Date: 8/18/16

HON. JEAN K. FITZSIMON
U. S. BANKRUPTCY JUDGE

cc:

Devon E. Sanders, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA  19140

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Jacqueline Dawson
6509 Ogontz Avenue
Philadelphia, PA 19126

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106