United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-12501-jkf
Jacqueline Dawson                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 19, 2016
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.
db              +Jacqueline Dawson,    6509 Ogontz Avenue,    Philadelphia, PA 19126-3409
                +Andrew F. Gornall, Esq.,    KML Law Group, PC,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   REOCO, Inc. agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ANDREW M. LUBIN    on behalf of Defendant    Milstead &Associates, LLC alubin@milsteadlaw.com,
       bkecf@milsteadlaw.com
      BARBARA A. FEIN    on behalf of Defendant    Acqura Loan Services juliep@lobaf.com,
       lawofficeofbarbarafein@gmail.com
      BARBARA A. FEIN    on behalf of Defendant    EMC Mortgage, LLC juliep@lobaf.com,
       lawofficeofbarbarafein@gmail.com
      BARBARA A. FEIN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS juliep@lobaf.com,
       lawofficeofbarbarafein@gmail.com
      BARBARA A. FEIN    on behalf of Creditor    EMC Mortgage LLC juliep@lobaf.com,
       lawofficeofbarbarafein@gmail.com
      BARBARA A. FEIN    on behalf of Creditor    Acqura Loan Services juliep@lobaf.com,
       lawofficeofbarbarafein@gmail.com
      DAVID H. LIPOW    on behalf of Creditor    EMC Mortgage LLC bkecf@milsteadlaw.com,
       dlipow@milsteadlaw.com
      DEVON E. SANDERS   on behalf of Plaintiff Jacqueline   Dawson dsanders@clsphila.org
      DEVON E. SANDERS    on behalf of Debtor Jacqueline   Dawson dsanders@clsphila.org
      KRISTEN D. LITTLE    on behalf of Defendant    EMC Mortgage, LLC pabk@logs.com
      KRISTEN D. LITTLE    on behalf of Defendant    Acqura Loan Services pabk@logs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                             TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Jacqueline Dawson,  : Chapter  13
          Debtor(s)  :
            : Case No.  13-12501-jkf

*ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER*

AND NOW, upon consideration of the Debtor's Motion to Reconsider Dismissal, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the Debtor's motion is **GRANTED**. The order of May 5, 2016 dismissing Debtor's bankruptcy case is vacated, and the case is **REINSTATED**.

Date: 8/18/16

HON. JEAN K. FITZSIMON
U. S. BANKRUPTCY JUDGE

cc:

Devon E. Sanders, Esquire
Community Legal Services, Inc.
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William C. Miller, Esq.
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA  19107

Jacqueline Dawson
6509 Ogontz Avenue
Philadelphia, PA 19126

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106