United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline Dawson  
    Debtor

Case No. 13-12501-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Sep 15, 2016  
                     Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
13151967        Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    REOCO, Inc. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANDREW M. LUBIN    on behalf of Defendant    Milstead &Associates, LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
         BARBARA A. FEIN    on behalf of Defendant    Acqura Loan Services juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
         BARBARA A. FEIN    on behalf of Defendant    EMC Mortgage, LLC juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
         BARBARA A. FEIN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
         BARBARA A. FEIN    on behalf of Creditor    EMC Mortgage LLC juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
         BARBARA A. FEIN    on behalf of Creditor    Acqura Loan Services juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
         DAVID H. LIPOW    on behalf of Creditor    EMC Mortgage LLC bkecf@milsteadlaw.com, dlipow@milsteadlaw.com  
         DEVON E. SANDERS    on behalf of Plaintiff Jacqueline   Dawson dsanders@clsphila.org  
         DEVON E. SANDERS    on behalf of Debtor Jacqueline   Dawson dsanders@clsphila.org  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KRISTEN D. LITTLE    on behalf of Defendant    EMC Mortgage, LLC pabk@logs.com  
         KRISTEN D. LITTLE    on behalf of Defendant    Acqura Loan Services pabk@logs.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                     TOTAL: 15

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12501-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Jacqueline Dawson
6509 Ogontz Avenue
Philadelphia PA 19126

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Residential Credit Solutions, PO Box 163229, Fort Worth, TX 76161-3229 | Rushmore Loan Managment Services, LLC<br>P.O.Box 514717, Los Angeles, CA 90051 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/17/16

Tim McGrath
**CLERK OF THE COURT**