UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JACQUELINE DAWSON, Debtor. | : | |
| | : | BR No. 13-12501 (JKF) |
| | : | |
| | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE BANKRUPTCY COURT:

Pursuant to Fed. R. Bankr. P. 9010(b) and L. Bankr. R. 9010-1, kindly enter my appearance in the above-captioned matter on behalf of the Debtor Jacqueline Dawson. Please forward all notices to: Jonathan Sgro, Esq., Community Legal Services of Philadelphia, Inc., 1410 W. Erie Avenue, Philadelphia, PA 19140 (Telephone: 215-227-2400; Fax: 215-227-2435).

January 6, 2017  
DATE

 s/ Jonathan Sgro  
Jonathan Sgro, Esq.  
Community Legal Services, Inc.  
1410 W. Erie Avenue  
Philadelphia, PA 19140  
T: 215-227-2400  
F: 215-227-2435