# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-12501-AMC

JACQUELINE DAWSON

6509 OGONTZ AVENUE

PHILADELPHIA, PA 19126-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JACQUELINE DAWSON

6509 OGONTZ AVENUE

PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

DEVON E SANDERS
1410 W ERIE AV

PHILADELPHIA, PA 19140-

Date: 1/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee