United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jacqueline Dawson
    Debtor

Case No. 13-12501-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 2      Date Rcvd: Aug 13, 2018
                    Form ID: 138NEW    Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             +Jacqueline Dawson,    6509 Ogontz Avenue,    Philadelphia, PA 19126-3409
cr             +Acqura Loan Services,    18451 Dallas North Tollway,    Suite 100,    Dallas, TX 75284-0001
13002069        EMC Mortgage Corporation,    Acqura Loan Services,    7780 Bent Branch Drive,    Suite 150,
                 Irving, TX 75063
13002071       +PECO,   PO Box 13437,    Philadelphia, PA 19101-3437
13002072       +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13151967        Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229
13791379        Rushmore Loan Managment Services, LLC,    P.O.Box 514717, Los Angeles, CA 90051
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 14 2018 01:45:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2018 01:45:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13118516       +E-mail/Text: megan.harper@phila.gov Aug 14 2018 01:45:25     City of Philadelphia,
                 City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd. 5th Floor,    Philadelphia, PA 19102-1640
13048395        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2018 01:45:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division, P.O Box 280946,
                 Harrisburg, PA  17128-0946
13002073       +E-mail/Text: megan.harper@phila.gov Aug 14 2018 01:45:25     Water Revenue Bureau,
                 1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13002070        John Foxworth,   unknown
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             RESIDENTIAL CREDIT SOLUTIONS,    P.O. Box 163229,    Fort Worth, TX  76161-3229
13118517*      +City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd. 5th Floor,    Philadelphia, PA 19102-1640
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    REOCO, Inc. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW M. LUBIN    on behalf of Defendant    Milstead &Associates, LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              BARBARA A. FEIN    on behalf of Creditor    EMC Mortgage LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    Acqura Loan Services bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    Acqura Loan Services bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    EMC Mortgage, LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    REOCO, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Aug 13, 2018
                               Form ID: 138NEW             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              DAVID H. LIPOW    on behalf of Creditor    EMC Mortgage LLC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DEVON E. SANDERS    on behalf of Debtor Jacqueline    Dawson dsanders@clsphila.org
              DEVON E. SANDERS    on behalf of Plaintiff Jacqueline    Dawson dsanders@clsphila.org
              JONATHAN  SGRO    on behalf of Debtor Jacqueline    Dawson jsgro@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Defendant    Acqura Loan Services pabk@logs.com
              KRISTEN D. LITTLE    on behalf of Defendant    EMC Mortgage, LLC pabk@logs.com
              MICHAEL R. FROEHLICH    on behalf of Debtor Jacqueline    Dawson MFroehlich@clsphila.org
              THOMAS I. PULEO    on behalf of Creditor    REOCO, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 20
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jacqueline Dawson
    Debtor(s)

Bankruptcy No: 13−12501−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/13/18

128 − 127
Form 138_new