United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 13-12501-amc
Jacqueline Dawson                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1           Date Rcvd: Sep 13, 2018
                              Form ID: 212            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
db             +Jacqueline Dawson,    6509 Ogontz Avenue,    Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    REOCO, Inc. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW M. LUBIN    on behalf of Defendant    Milstead &Associates, LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              BARBARA A. FEIN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    EMC Mortgage, LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    EMC Mortgage LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    Acqura Loan Services bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    Acqura Loan Services bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    REOCO, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    EMC Mortgage LLC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DEVON E. SANDERS    on behalf of Plaintiff Jacqueline   Dawson dsanders@clsphila.org
              DEVON E. SANDERS    on behalf of Debtor Jacqueline   Dawson dsanders@clsphila.org
              JONATHAN SGRO    on behalf of Debtor Jacqueline   Dawson jsgro@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Defendant    EMC Mortgage, LLC pabk@logs.com
              KRISTEN D. LITTLE    on behalf of Defendant    Acqura Loan Services pabk@logs.com
              MICHAEL R. FROEHLICH    on behalf of Debtor Jacqueline   Dawson MFroehlich@clsphila.org
              THOMAS I. PULEO    on behalf of Creditor    REOCO, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                         Chapter: 13

    Jacqueline Dawson

Debtor(s)                                                                                   Case No: 13–12501–amc

___

*ORDER*

    AND NOW, 9/13/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Ashely M. Chan

    Judge ,United States Bankruptcy Court