Certificate Number: 06761-PAE-DE-031675845

Bankruptcy Case Number: 13-12501



06761-PAE-DE-031675845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2018, at 3:39 o'clock PM EDT, Jacqueline Dawson completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 26, 2018              By:    /s/Helen L. Cagle

                                        Name:  Helen L. Cagle

                                        Title: Manager