United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-12501-amc
Jacqueline Dawson                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD         Page 1 of 1         Date Rcvd: Oct 02, 2018
                             Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db            +Jacqueline Dawson,   6509 Ogontz Avenue,   Philadelphia, PA 19126-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    REOCO, Inc. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW M. LUBIN    on behalf of Defendant    Milstead &Associates, LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              BARBARA A. FEIN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    EMC Mortgage, LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    EMC Mortgage LLC bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Creditor    Acqura Loan Services bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BARBARA A. FEIN    on behalf of Defendant    Acqura Loan Services bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    REOCO, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    EMC Mortgage LLC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DEVON E. SANDERS    on behalf of Plaintiff Jacqueline  Dawson dsanders@clsphila.org
              DEVON E. SANDERS    on behalf of Debtor Jacqueline  Dawson dsanders@clsphila.org
              JONATHAN SGRO    on behalf of Debtor Jacqueline  Dawson jsgro@clsphila.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Defendant    EMC Mortgage, LLC pabk@logs.com
              KRISTEN D. LITTLE    on behalf of Defendant    Acqura Loan Services pabk@logs.com
              MICHAEL R. FROEHLICH    on behalf of Debtor Jacqueline  Dawson MFroehlich@clsphila.org
              THOMAS I. PULEO    on behalf of Creditor    REOCO, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Jacqueline Dawson : Case No. 13−12501−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , 2nd of October 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court